UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
XUHUI TANG,

                     Petitioner(s).

             -against-

ALEJANDRO MAYORKAS, et al.

                     Respondent(s).
-----------------------------------------------------------X

22 civ 2955 (JGK)

**ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

    A petition for writ of mandamus has been filed with the Court.

    It is hereby ordered that the Government shall answer the petition by **July 12, 2022.**

    A conference in this matter will be held on **Tuesday, July 19, 2022, at 4:30pm.**

**SO ORDERED.**

                                                      **JOHN G. KOELTL**
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        May 12, 2022